IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LISA KAY BENSON, | ) |
| Plaintiff, | ) ) ) Case No. 1:13-cv-00242-CLC-WBC |
| v. | ) ) (Collier/Carter) |
| DOLGENCORP, LLC D/B/A DOLLAR GENERAL, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

Submitted this 14th day of August 2014.

Respectfully submitted,

s/ Keith D. Frazier
Keith D. Frazier, TN #012413
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908
Email:  keith.frazier@ogletreedeakins.com

Attorneys for Defendant Dolgencorp, LLC d/b/a
Dollar General


s/ Randall D. Larramore (with permission by
Keith D. Frazier)
Randall D. Larramore, TN #018760
PATY, RYMER AND ULIN, P.C.
19 Patten Parkway
Chattanooga, TN  37402
Telephone:  423.756.6770
Facsimile:  423.756.0009
Email:  r-larramore@prandulaw.com

Attorney for Plaintiff Lisa Kay Benson

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

> Randall D. Larramore, Esq.
> Paty, Rymer & Ulin, P.C.
> 19 Patten Parkway
> Chattanooga, TN 37402

/s/ Keith D. Frazier

18687541.1